# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

November 19, 2013

**Before**

ILANA DIAMOND ROVNER, *Circuit Judge*

| | |
|---|---|
| No. 12-3841 | |
| CYRIL B. KORTE, *et al.*, | Appeal from the United States District |
| *Plaintiffs-Appellants* | Court for the Southern District of Illinois. |
| | |
| *v.* | No. 3:12-CV-01072-MJR |
| | |
| KATHLEEN SEBELIUS, Secretary of | Michael J. Reagan, *Judge*. |
| Health & Human Services, *et al.*, | |
| *Defendants-Appellees*. | |

---

| | |
|---|---|
| No. 13-1077 | |
| WILLIAM D. GROTE, III, *et al.*, | Appeal from the United States District Court |
| *Plaintiff's Appellants,* | for the Southern District of Indiana, |
| | New Albany Division. |
| *v.* | |
| | No. 4:12-cv-00134-SEB-DML |
| KATHLEEN SEBELIUS, Secretary of | |
| Health & Human Services, *et al.*, | Sarah Evans Barker, *Judge.* |
| *Defendants-Appellees*. | |

**ORDER**

Judge Rovner's dissent in the opinion of these cases issued on November 8, 2013, is amended as follows:

Page 76, 1st full paragraph, line 1, "fair" should be "fare."